JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiffs,<br><br>vs.<br><br>CFG FINANCIAL GROUP, INC. dba CALIFORNIA FINANCIAL SERVICES,<br><br>Defendant. | CASE NO. 8:10-CV-00379-JST (RNBx)<br><br>**JUDGMENT IN A CIVIL CASE** |

    The Motion for Summary Judgment of Plaintiff Certain Underwriters at Lloyds, London came on regularly for hearing before the Court on March 21, 2011, and the Court subsequently entered its order granting the motion.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Certain Underwriters at Lloyds, London owes no duty to defend or indemnify Defendant California Financial Group, Inc. d/b/a California Financial Services, with respect to the lawsuit captioned as *Lehman Brothers Holding, Inc. v. California Financial Group, Inc. d/b/a California Financial Services*, Case No. SACV 09-0666 AG (MLGx), filed in the U.S. District Court for the Central District of California.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment be
2  entered in favor of Plaintiff and against Defendant on both Plaintiff's Complaint and
3  Defendant's Counterclaim, and that Plaintiff be awarded costs of suit herein per statute.
4
5  DATED: March 30, 2011

                                    **JOSEPHINE STATON TUCKER**
                                    JOSEPHINE STATON TUCKER
                                    United State District Judge